■ MARINE MIDLAND PROPERTIES CORPORATION et al., Respondents, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, et al., Appellants. (Appeal No. 2.)—Order unanimously affirmed, with costs, for reasons stated in decision at Special Term, Lawton, J. (Appeal from order of Supreme Court, Onondaga County, Lawton, J.—summary judgment, tax assessment.) Present—Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.

■ DUNBAR PROPERTIES, INC., as Successor in Interest to G. FRANKLYN CO., INC., Respondent, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, Appellant. (Appeal No. 3.)—Order unanimously affirmed, with costs, for reasons stated in decision at Special Term, Lawton, J. (Appeal from order of Supreme Court, Onondaga County, Lawton, J.—tax assessment.) Present—Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.

■ KENNETH ELLIS, as Administrator of the Estate of MICHAEL E. ELLIS, Deceased, Appellant, v JAMES DUFFUS et al., Respondents and Third-Party Plaintiffs-Respondents. NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Third-Party Defendant-Respondent-Appellant.—Order unanimously affirmed, without costs, for the reasons stated in memorandum decision at Special Term, Tenney, J. (Appeals from the order of Supreme Court, Oneida County, Tenney, J.—summary judgment.) Present—Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.

■ In the Matter of GREGORY SUNDERLAND, Appellant, v CAROLYN SUNDERLAND, Respondent.—Order unanimously affirmed, without costs, for reasons stated at Jefferson County Family Court, Gilbert, J. (Appeal from order of Jefferson County Family Court, Gilbert, J.—custody.) Present—Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ROWSER, Appellant.—Judgment unanimously affirmed. Memorandum: The claimed error in the court's charge is not preserved for review and, on this record, we find no reason to reach it (see, People v Thomas, 50 NY2d 467, 471). We have examined defendant's remaining contentions and find them to be without merit. (Appeal from judgment of Onondaga County Court, Cunningham, J.—burglary, second degree.) Present—Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Pine, JJ.